```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAN ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MUKASEY, United States Attorney General;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-6167 JCS<br><br>**JOINT REQUEST TO BE EXEMPT FROM THE FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court decide his application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR

will only serve to multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: February 21, 2008                        Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                         _____/s/_____
                                         MELANIE L. PROCTOR[1]
                                         Assistant United States Attorney
                                         Attorneys for Defendants

Dated: February 21, 2008                        _____/s/_____
                                         JUSTIN FOK
                                         Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   Feb. 25, 2008

                                         _____
                                       JOSEPH C. SPERO
                                       United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C07-6167 JCS                                    2