1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 HAN ZHANG,                              )
                                           )  No. C 07-6167 JCS
13              Plaintiff,                 )
                                           )
14         v.                              )
                                           )
15 MICHAEL MUKASEY, United States          )  **STIPULATION TO DISMISS;**
   Attorney General;                       )  ~~PROPOSED~~ **ORDER**
16 MICHAEL CHERTOFF, Secretary of the      )
   Department of Homeland Security;        )
17 EMILIO T. GONZALEZ, Director of United  )
   States Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, III, Director of     )
   Federal Bureau of Investigation,        )
19                                         )
                Defendants.                )
20 _____ )

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of

22 record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

23 without prejudice in light of the fact that the United States Citizenship and Immigration Services is

24 now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

25 of the dismissal of this action.

26 ///

27 ///

28 ///

STIPULATION TO DISMISS
C07-6167 JCS                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: February 29, 2008              Respectfully submitted,

3 |                                       JOSEPH P. RUSSONIELLO
                                          United States Attorney

5 |                                              /s/
                                          MELANIE L. PROCTOR[1]
6 |                                       Assistant United States Attorney
                                          Attorneys for Defendants

8 | Dated: February 28, 2008                     /s/
                                          JUSTIN FOK
9 |                                       Attorney for Plaintiff

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines and court dates are hereby

12 | TERMINATED.  The Clerk shall close the file.

14 | Date:   March 3, 2008

                                          JOSEPH C. SPERO
                                          United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-6167 JCS                              2