| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HAN ZHANG, | ) | |
| | ) | No. C 07-6167 JCS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, United States | ) | **STIPULATION TO DISMISS;** |
| Attorney General; | ) | **~~PROPOSED~~ ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO T. GONZALEZ, Director of United | ) | |
| States Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER, III, Director of | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ _____) | | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

///

STIPULATION TO DISMISS
C07-6167 JCS                                        1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: February 29, 2008                              Respectfully submitted,

3 |                                                       JOSEPH P. RUSSONIELLO
                                                          United States Attorney

5 |                                                              /s/
                                                          MELANIE L. PROCTOR[1]
6 |                                                       Assistant United States Attorney
                                                          Attorneys for Defendants

8 | Dated: February 28, 2008                                     /s/
                                                          JUSTIN FOK
9 |                                                       Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines and court dates are hereby TERMINATED. The Clerk shall close the file.

Date:   March 3, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

_____
[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C07-6167 JCS                                    2